UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WHITNEY JAMAL MURRAY,

           Plaintiff,

v.

RONALD HAYNES, *et al.*,

           Defendants.

Case No. C21-5662-RJB-SKV

REPORT AND RECOMMENDATION

Plaintiff Whitney Jamal Murray is currently confined at the Stafford Creek Corrections Center ("SCCC") in Aberdeen, Washington. On September 8, 2021, Plaintiff presented to this Court for filing a civil rights complaint under 42 U.S.C. § 1983. He alleged therein that SCCC Superintendent Ronald Haynes, SCCC Chief Medical Officer Sara Kariko, M.D., SCCC Facility Medical Director Ryan Herrington, and SCCC Food Services Manager Ron Attard, violated his rights under the Eighth and Fourteenth Amendments by exposing him to COVID-19. *See* Dkt. 4.

This Court screened Plaintiff's complaint pursuant to 28 U.S.C. §1915A and concluded that Plaintiff failed to state any claim upon which relief could be granted. Thus, on October 21, 2021, the Court issued an Order declining to serve Plaintiff's complaint and granting him leave

REPORT AND RECOMMENDATION
PAGE - 1

to file an amended complaint within thirty days. Dkt. 5. The Court warned Plaintiff therein that failure to timely respond to the Order would result in a recommendation that this action be dismissed. *Id*. at 9. To date, Plaintiff has not filed a response to the Order or attempted to file an amended complaint. Plaintiff has therefore failed to prosecute this action and, thus, this Court recommends that the case be dismissed without prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21)** days of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **January 14, 2022**.

DATED this 20th day of December, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2