UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WHITNEY JAMAL MURRAY, | CASE NO. 21-5662 |
| Plaintiff, | ORDER ON REPORT AND RECOMMENDATION |
| v. | |
| RONALD HAYNES, et. al., | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge S. Kate Vaughan. Dkt. 6. The Court has considered the Report and Recommendation and the file herein.

The Report and Recommendation recommends dismissal of this case without prejudice after the Plaintiff failed to respond to an order permitting him leave to file a proposed amended complaint that stated a claim for relief. Dkt. 6. The Plaintiff did not file objections to the Report and Recommendation or otherwise respond.

The Report and Recommendation (Dkt. 6) should be adopted and the case dismissed without prejudice.

ORDER ON REPORT AND RECOMMENDATION - 1

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge Kate S. Vaughan, all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 18th day of January, 2022.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge